# United States Bankruptcy Court
## Eastern District of Missouri

In re  **Paul L. Gmoser**                                   Case No.  **21-41247-399**
                           Debtor(s)                        Chapter  **13**

## DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

The debtor, **Paul L. Gmoser**, through his attorney, moves to dismiss Chapter 13 case pursuant to Bankruptcy Code Sec. 1307(b), and in support thereof respectfully represents:

1. The debtor filed a Chapter 13 case on **April 5, 2021**.

2. This case has not been previously converted from another Chapter.

3. The debtor wishes to dismiss case, and Bankruptcy Code Sec. 1307(b) grants the debtor the absolute right to do so.

WHEREFORE, the debtor respectfully requests that the Court enter an Order dismissing the debtor's Chapter 13 case.

Dated:  **May 25, 2021**

Respectfully submitted,

By:  **/s/ Marie Guerrier Allen**
**Marie Guerrier Allen 42990 MO**

Attorney for Debtor
**Law Office of Marie Guerrier Allen**

**P. O. Box 411281**
**St. Louis, MO 63141-9998**
**314-872-1900**

**allenmarie@sbcglobal.net**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically with the United States Bankruptcy Court on the 25th day of May 2021 and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

The undersigned hereby certifies that the foregoing document was filed electronically with the United States Bankruptcy Court and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below, on 25th day of May 2021:

Bank of America
Loss/ Recovery
P. O. Box 982284
El Paso, TX 79998-2238

Best Buy /CBNA
P. O. Box 6497
Sioux Falls, SD 57117

C&F Finance co.
1313 E Main Street, Suite 400
Richmond, VA 23219

Capital One
P. O. Box 31293
Salt Lake City, UT 84130-1293

Capital One
P. O. Box 30285
Salt Lake City, UT 84130-0285

CFNA
P.O. Box 81315
Cleveland, OH 44181-0315

Comenity Bank
Att: Bankruptcy
P. O. Box 183043
Columbus, OH 43218-3043

Comenity Bank
P. O. Box 182789
Columbus, OH 43218-2789

Dell Financial Services
c/o: DFS Customer Care Dept
P. O. Box 81607
Austin, TX 78708-1577

Fingerhut
Direct Marketing, Inc
6250 Ridgewood Road
Saint Cloud, MN 56303

Genesis FS Card Services
P O Box 4477
Beaverton, OR 97076-4477

Gregory F. X. Daly, Collector of Revenue
City of St. Louis
Earning & Payroll Tax Division
1200 Market Street, Room 410
Saint Louis, MO 63103

Internal Revenue Service
P. O. Box 7346
Centralized Insolvency
Philadelphia, PA 19101-7346

Kohl's
P. O. Box 3115
Milwaukee, WI 53201

Lowe's
Att: Bankruptcy Dept.
P. O. Box 965005
Orlando, FL 32896

Menards
c/o: Capital One Retail Services
P O. Box 30257
Salt Lake City, UT 84130-0257

Missouri Department of Revenue
P. O. Box 475
Jefferson City, MO 65105

MOHELA
633 Spirit Drive
Chesterfield, MO 63005-1243

Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019

Mr. Cooper
P O Box 61908
Dallas, TX 75261-9741

Nationstar Mortgage dba: Mr. Cooper
P O Box 199111
Dallas, TX 75235

Nissan Motor Acceptance Corporation
P. O. Box 660360
Dallas, TX 75266-0380

Robin Utley
260 Apple Tree Ct apt 2
Columbia, MO 65203

SSM Health
1145 Corporate Lake Drive
Saint Louis, MO 63132

Synchrony Bank
P. O. Box 965064
Orlando, FL 32896-5064

Synchrony Bank
P. O. Box 965005
Att: Bankruptcy Dept
Orlando, FL 32896

Synchrony Bank
4125 Windward Plaza
Alpharetta, GA 30005


Synchrony Bank
P. O. Box 965036
Orlando, FL 32896-5036

TBOM / Milestone
216 W 2nds St
Dixon, MO 65459

US Attorneys' Office
c/o: Jane Rund Asst US Attorney
111 S 10th Street, Room 20.333
Saint Louis, MO 63102

                                      /s/ Marie Guerrier Allen
                                      Marie Guerrier Allen, # 42990 MO
                                      Attorney for debtor