## Case dismissal

From: PAUL GMOSER (paulgmoser@att.net)

To: allenmarie@sbcglobal.net

Date: Tuesday, May 25, 2021, 11:46 AM CDT

Due to a change in circumstances at this time, I'm asking for my case to be dismissed. Thank you for your consideration.

Sincerely,
Paul L Gmoser

Sent from AT&T Yahoo Mail on Android